UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    **Case No. 14-34765-JKO**
                                                          Chapter 7

**Turhan Tang How**

_____Debtor_____/

## NOTICE OF RULE 2004 EXAMINATION

**Kenneth A. Welt, Chapter 7 Trustee**, will examine under oath on February 11th, 2015 at 2:30 pm. at **Offices of the Trustee, 1776 N. Pine Island Rd - #101, Plantation, Florida   33322**. The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be recorded by video / audio conferencing platform. The scope of the examination shall be as described in Bankruptcy Rule 2004.

Pursuant to Local Rule 2004-1 no order shall be necessary

**x** **Production**:  The examinee must also bring copies of all documentation relating to the mortgage and note signed by the debtor.

*[The remainder of this page left intentionally blank]*

LF-14 (rev. 12/01/13)

Page Two

      **I CERTIFY** that a true copy of this notice was served on the following this 26th day of January, 2015

| | |
|---|---|
| **Turhan Tang How**<br>Or Occupant (s)<br>18961 NW 22 St<br>Pembroke Pines, FL 33029 | Via Personal Service |
| Chris Olson, Esq.<br>8180 NW 36th St. - #209<br>Miami, Fla. 33166 | Via First Class Mail |
| | |

    /s/ *Kenneth A. Welt*
_____

    **Kenneth A. Welt**
    **United States Bankruptcy Trustee**
    **Southern District of Florida**

    1776 N. Pine Island Road – 101
    Plantation, Fla. 33322
    (954) 889-3403    kaw@kawpa.com

.